UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE DONALD C. POGUE, SENIOR JUDGE

| | |
|---|---|
| TAIZHOU UNITED IMP. & EXP. CO. LTD., | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )   Court No. 16-00009<br>) |
| UNITED STATES, | )<br>)<br>) |
| Defendant, | )<br>)<br>) |
| and | )<br>)<br>) |
| ALUMINUM EXTRUSIONS<br>FAIR TRADE COMMITTEE, | )<br>)<br>) |
| Defendant-Intervenor. | )<br>) |

| | |
|---|---|
| GUANGZHOU JANGHO CURTAIN WALL<br>SYSTEM ENGINEERING CO., LTD., JANGHO<br>GROUP CO., LTD., BEIJING JIANGHEYUAN<br>HOLDING CO., LTD., BEIJING JANGHO<br>CURTAIN WALL SYSTEM ENGINEERING CO.,<br>LTD., JANGHO CURAIN WALL HONG KONG<br>LTD., AND SHANGHAI JANGHO CURTAIN<br>WALL SYSTEM ENGINEERING CO., LTD., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )   Court No. 16-00012<br>) |
| UNITED STATES, | )<br>)<br>) |
| Defendant, | )<br>)<br>) |
| and | )<br>)<br>) |
| ALUMINUM EXTRUSIONS<br>FAIR TRADE COMMITTEE, | )<br>)<br>) |
| Defendant-Intervenor. | )<br>) |

ORDER

ORDERED: that Guangzhou Jangho Curtain Wall System Engineering Co., Ltd. v. United States, No. 16-00012, is hereby consolidated into lead case Taizhou United Imp. & Exp. Co. Ltd. v. United States, No. 16-00009, and it is further:

ORDERED: that the parties shall consult with regard to a proposed scheduling order in this matter, after considering this matter's relationship to the schedule and issues raised in Guangzhou Jangho Curtain Wall System Engineering Co., Ltd. et. al. v. United States, No. 15-00023 and Guangzhou Jangho Curtain Wall System Engineering Co., Ltd. et. al. v. United States,  No. 15-00024.  The parties shall report to the court with regard to a proposed scheduling order by July 8, 2016.

Date:   June  10, 2016
        New York, NY                          /s/ _____    Donald C. Pogue _____
                                                                     Senior Judge