Form 17-1

**Form 17**

# UNITED STATES COURT OF INTERNATIONAL TRADE

Taizhou United Imp. & Exp. Co. Ltd.

                              Plaintiff,

            v.

United States

                             Defendant.

Consol. Court No. 16-09

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

J. Kevin Horgan _____ certifies that

1. I am

   [✓] an attorney at the law firm of deKieffer & Horgan, PLLC _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

   [ ] a consultant employed by _____.

2. I represent, or am retained by or on behalf of

   [✓] a party to this action,

   [ ] an interested party that has filed a motion to intervene in this action, which is identified below:
   _____.

3. I was

   [ ] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   [✓] not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| Aluminum Extrusions Fair Trade Committee | Elizabeth S. Lee | 7/16/2020 |
| United States | Douglas Edelschick | 7/16/2020 |
| Taizhou United Imp. & Exp. Co. Ltd. | Richard P. Ferrin | 7/16/2020 |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

   ☑ (for attorneys) not involved in competitive decision making for the interested party I represent.

   ☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ J. Kevin Horgan
[Attorney or consultant]

1090 Vermont Ave NW, Suite 410

Washington, DC 20005

(202) 783-6900
[Address and Telephone Number]

Date: 7/17/2020

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| |
|---|
| Taizhou United Imp. & Exp. Co. Ltd. |
|                                Plaintiff, |
|           v. |
| United States |
|                                Defendant. |

Consol. Court No.   16-09

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__Alexandra H. Salzman_____ certifies that

1. I am

   [✓] an attorney at the law firm of __deKieffer & Horgan, PLLC_____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

   [ ] a consultant employed by _____.

2. I represent, or am retained by or on behalf of

   [✓] a party to this action,

   [ ] an interested party that has filed a motion to intervene in this action, which is identified below:
   _____.

3. I was

   [ ] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   [✓] not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| Aluminum Extrusions Fair Trade Committee | Elizabeth S. Lee | 7/16/2020 |
| United States | Douglas Edelschick | 7/16/2020 |
| Taizhou United Imp. & Exp. Co. Ltd. | Richard P. Ferrin | 7/16/2020 |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☑ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Alexandra H. Salzman
[Attorney or consultant]

1090 Vermont Ave NW, Suite 410

Washington, DC 20005

(202) 783-6900
[Address and Telephone Number]

Date: 7/17/2020

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Taizhou United Imp. & Exp. Co. Ltd.<br><br>                                         Plaintiff,<br><br>                    v.<br><br>United States<br><br>                                         Defendant. | Consol.<br>Court No.      16-09 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__Gregory S. Menegaz_____ certifies that

1. I am

   [✓] an attorney at the law firm of __deKieffer & Horgan, PLLC_____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

   [ ] a consultant employed by _____.

2. I represent, or am retained by or on behalf of

   [✓] a party to this action,

   [ ] an interested party that has filed a motion to intervene in this action, which is identified below:
   _____.

3. I was

   [ ] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   [✓] not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| Aluminum Extrusions Fair Trade Committee | Elizabeth S. Lee | 7/16/2020 |
| United States | Douglas Edelschick | 7/16/2020 |
| Taizhou United Imp. & Exp. Co. Ltd. | Richard P. Ferrin | 7/16/2020 |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.   I am

     [✓] (for attorneys) not involved in competitive decision making for the interested party I represent.

     [ ] (for consultants) independent of all parties in this action.

5.   I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Gregory S. Menegaz
[Attorney or consultant]

1090 Vermont Ave NW, Suite 410

Washington, DC 20005

(202) 783-6900
[Address and Telephone Number]

Date: 7/17/2020

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Taizhou United Imp. & Exp. Co. Ltd.<br><br>                             Plaintiff,<br><br>          v.<br><br>United States<br><br>                             Defendant. | Consol.<br>Court No.    16-09 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__John J. Kenkel_____ certifies that

1. I am

    [✓] an attorney at the law firm of _deKieffer & Horgan, PLLC_____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    [ ] a consultant employed by _____.

2. I represent, or am retained by or on behalf of

    [✓] a party to this action,

    [ ] an interested party that has filed a motion to intervene in this action, which is identified below:
    _____.

3. I was

    [ ] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    [✓] not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| Aluminum Extrusions Fair Trade Committee | Elizabeth S. Lee | 7/16/2020 |
| United States | Douglas Edelschick | 7/16/2020 |
| Taizhou United Imp. & Exp. Co. Ltd. | Richard P. Ferrin | 7/16/2020 |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

    ☑ (for attorneys) not involved in competitive decision making for the interested party I represent.

    ☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ John J. Kenkel
[Attorney or consultant]

1090 Vermont Ave NW, Suite 410

Washington, DC 20005

(202) 783-6900
[Address and Telephone Number]

Date: 7/17/2020

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Taizhou United Imp. & Exp. Co. Ltd.<br><br>                            Plaintiff,<br><br>                v.<br><br>United States<br><br>                            Defendant. | Consol.<br>Court No. 16-09 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

<u>Judith L. Holdsworth</u> certifies that

1.    I am

    ☐   an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☑   a consultant employed by <u>deKieffer & Horgan, PLLC</u>.

2.    I represent, or am retained by or on behalf of

    ☑   a party to this action,

    ☐   an interested party that has filed a motion to intervene in this action, which is identified below:
    _____.

3.    I was

    ☐   granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☑   not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| Aluminum Extrusions Fair Trade Committee | Elizabeth S. Lee | 7/16/2020 |
| United States | Douglas Edelschick | 7/16/2020 |
| Taizhou United Imp. & Exp. Co. Ltd. | Richard P. Ferrin | 7/16/2020 |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☐ (for attorneys) not involved in competitive decision making for the interested party I represent.

☑ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Judith L. Holdsworth
[Attorney or consultant]

1090 Vermont Ave NW, Suite 410

Washington, DC 20005

(202) 783-6900
[Address and Telephone Number]

Date: 7/17/2020

Form 17-3

# ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1. Certification by the consultant:

   In this action, my access to business proprietary information will be under the direction and control of <u>J. Kevin Horgan</u>, an attorney at the law firm of <u>deKieffer & Horgan, PLLC</u>, who has provided the following certification.

   /s/ Judith L. Holdsworth
   [Consultant]
   1090 Vermont Ave NW, Suite 410
   Washington, DC 20005
   (202) 783-6900
   [Address and Telephone Number]

   Date: 7/17/20

(2) Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

   I am an attorney at the law firm of <u>deKieffer & Horgan, PLLC</u> and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 73.2(c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 73.2(c) and Administrative Order No. 02-01 of the United States Court of International Trade.

   /s/ J. Kevin Horgan
   [Attorney]
   1090 Vermont Ave NW, Suite 410

   Washington, DC 20005

   (202) 783-6900
   [Address and Telephone Number]

Date: 7/17/2020

(Added Jan. 25, 2000, eff. May 1, 2000; and amended Sept. 30, 2003, eff. Jan. 1, 2004; Feb. 6, 2013, eff. Mar. 1, 2013.)