UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| TAIZHOU UNITED IMP. & EXP. CO. LTD., | ) |
| Plaintiff, | ) |
| and | ) |
| GUANGZHOU JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., *et al.*, | ) |
| Consolidated Plaintiffs, | ) |
| v. | ) Consol. Court No. 16-00009 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, | ) |
| Defendant-intervenor. | ) |

## ORDER

Upon consideration of the defendant's consent motion for errata, it is hereby ORDERED that defendant's motion is granted, and it is further ORDERED that "Defendant's Corrected Response in Support of the Department of Commerce's Remand Results" is accepted for filing. SO ORDERED.

Dated: _____     _____
New York, NY                                              JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| TAIZHOU UNITED IMP. & EXP. CO. LTD., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| and | ) <br> ) |
| GUANGZHOU JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., *et al.*, | ) <br> ) <br> ) |
| Consolidated Plaintiffs, | ) <br> ) |
| v. | ) Consol. Court No. 16-00009 <br> ) |
| UNITED STATES, | ) <br> ) |
| Defendant, | ) <br> ) |
| and | ) <br> ) |
| ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, | ) <br> ) <br> ) |
| Defendant-intervenor. | ) |

DEFENDANT'S CONSENT MOTION FOR ERRATA

Pursuant to Rules 7(b) of Rules of the United States Court of International Trade, Administrative Order 02-01 ¶ 4(d), and the Court's instructions, defendant, the United States, respectfully requests that the Court accept for filing the accompanying "Defendant's Corrected Response in Support of the Department of Commerce's Remand Results," which makes the following non-substantive corrections to errata in the caption of our original filing (ECF No. 113): (1) adding "Co.," that was missing from "Plaintiff Taizhou United Imp. & Exp. Co., Ltd." on the cover page and on page one; and (2) adding consolidated plaintiff "Beijing Jiangheyuan Holding Co., Ltd." on the cover page and on page one. On April 23, 2021, the undersigned

counsel for defendant contacted counsel for plaintiff, Richard Ferrin, counsel for consolidated plaintiffs, James Horgan, and counsel for defendant-intervenor, Alan Price and Elizabeth Lee, who each stated by email that their respective clients consent to this motion.

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        JEANNE E. DAVIDSON
                                        Director

                                        <u>s/ Reginald T. Blades, Jr.</u>
                                        REGINALD T. BLADES, JR.
                                        Assistant Director

                                        <u>s/ Douglas G. Edelschick</u>
                                        DOUGLAS G. EDELSCHICK
                                        Senior Trial Counsel

Of Counsel:                              Commercial Litigation Branch
                                        Civil Division
KIRRIN HOUGH                        United States Department of Justice
Attorney                                     P.O. Box 480
Office of the Chief Counsel           Ben Franklin Station
    for Trade Enforcement and Compliance   Washington, D.C. 20044
United States Department of Commerce    Tel: (202) 353-9303

April 26, 2021                              Attorneys for Defendant United States