FORM 3. Notice of Appeal from the United States Court of International Trade     Form 3
July 2020

# UNITED STATES COURT OF INTERNATIONAL TRADE

Taizhou United Imp. & Exp. Co. Ltd. , **Plaintiff,**

v.    Case No. 16-00009

United States , **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the following party/parties* _____
All plaintiffs except Taizhou United Imp. & Exp. Co. Ltd.

in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 05/10/2022.

Date: 07/08/2022

Signature: /s/ J. Kevin Horgan
Name: J. Kevin Horgan
Address: 1090 Vermont Avenue NW
Suite #410
Washington, D.C. 20005
Phone Number: 202-783-6900
Email Address: kevin.horgan@dhlaw.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.