# United States Court of Appeals for the Federal Circuit

---

**TAIZHOU UNITED IMP. & EXP. CO. LTD.,**
*Plaintiff*

**GUANGZHOU JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., SHANGHAI JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., BEIJING JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., BEIJING JIANGHEYUAN HOLDING CO., LTD., JANGHO GROUP CO., LTD., JANGHO CURTAIN WALL HONG KONG LTD.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**
*Defendants-Appellees*

---

2022-2000

---

Appeal from the United States Court of International Trade in Nos. 1:16-cv-00009-LMG, 1:16-cv-00012-LMG, Senior Judge Leo M. Gordon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered July 11, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 1, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court